IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUSANNE BECKER, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTTSBLUFF COUNTY, sheriff and clerk's department; FBI OF WYOMING, and STATE PAROLE OF NEBRASKA, <br><br> Defendants. | 8:23CV555 <br><br> **MEMORANDUM AND ORDER** |

On April 15, 2024, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 4. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 6th day of August, 2024.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge